FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy   DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DANIEL MELLINGER, | Case No. CV 11-08527 DMG (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| PHILIP GUTIERREZ, et al., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: September 26, 2012

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY   DEPUTY