FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy                    DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANIEL MELLINGER,<br>  Petitioner,<br>   v.<br>PHILIP GUTIERREZ, et al.,<br>  Respondents. | Case No. CV 11-08527 DMG (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: September 26, 2012

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY